1  Daniel M. Cislo, Esq., No. 125,378                     JS-6
      *dan@cislo.com*
2  Mark D. Nielsen, Esq., No. 210,023
      *mnielsen@cislo.com*
3  CISLO & THOMAS LLP
   1333 2nd Street, Suite 500
4  Santa Monica, California 90401-4110
   Telephone:  (310) 451-0647
5  Telefax:  (310) 394-4477

6  Attorneys for Plaintiff
   Amini Innovation Corporation
7

8  Thomas T. Chan (SBN 129606)
      *thomas.chan@chanlaw.com*
9  Daniel J. Quisenberry (SBN 175059)
      *daniel.quisenberry@chanlaw.com*
10 CHAN LAW GROUP LLP
   1055 West Seventh Street, Suite 1880
11 Los Angeles, California 90017
   Telephone: 213-624-6560
12 Facsimile: 213-622-1154
13

14 Attorneys for Defendants Acme Furniture
   Industries, Inc. and James Chen
15

16            **UNITED STATES DISTRICT COURT**
17           **CENTRAL DISTRICT OF CALIFORNIA**
18

19 AMINI INNOVATION            ) CASE NO. 09-7427 PA (AJWx)
   CORPORATION, a California   )
20 corporation,                ) [Hon. Percy Anderson]
                               )
21            Plaintiff,       )
                               ) **PERMANENT INJUNCTION AND**
22                             ) **ORDER OF DISMISSAL**
                               )
23        vs.                  )
                               )
24 ACME FURNITURE INDUSTRIES,  )
   INC., a California corporation, JAMES )
25 CHEN, an individual, and DOES 1-9,  )
   inclusive,                  )
26                             )
             Defendants.       )
27 _____ )

28

## [PROPOSED] PERMANENT INJUNCTION AND
## ORDER OF DISMISSAL

1.      Plaintiff AICO dismisses its Complaint against Defendants Acme and Chen with prejudice.

2.      Acme shall not use, manufacture, import, distribute, market, advertise, display publicly or at a trade show or on the internet, offer to sell and/or sell furniture products sold under the names Eden, Monte Carlo, Torino, Tuscan, Tuscany, and Venetian, and/or any other names confusingly similar to AICO's Eden, Monte Carlo, Torino, Tuscano, and Venetian trademarks, anywhere in the word;

3.      Acme shall not use, manufacture, import, distribute, market, advertise, display publicly or at a trade show or on the internet, offer to sell and/or sell its furniture collections using Marbella and Palermo trademarks and/or any other furniture items that infringe AICO's copyrights and/or design patents as set forth in Table 1 below:

## TABLE 1

| AICO FURNITURE ITEM | COPYRIGHT / DESIGN PATENT |
| --- | --- |
| Oppulente Arm Chair | VA 1-420-187 |
| Oppulente Bed Footboard | / D562,601 |
| Oppulente China Cabinet / Buffet | VA 1-420-270 / D564,795 |
| Oppulente Dining Room Table | VA 1-420-188 / D569,660 |
| Oppulente Dresser | / D562,587 |
| Oppulente Dresser Mirror | / D560,916 |
| Villa Valencia Arm Chair | VA 1-627-832 / D576,409 |
| Villa Valencia China Cabinet / Buffet | VA 1-627-828 / |

2

| Villa Valencia Dining Room Table | VA1-627-918  / |
| Windsor Court Arm Chair | VA 1-414-943 / D572,028 |
| Windsor Court Armoire | VA 1-627-078 |
| Windsor Court Bed | VA 1-424-583 /D568,076, D572,052 |
| Windsor Court China Cabinet / Buffet | D565,325 |
| Windsor Court Dresser w/ Mirror | VA 1-414-942 / D564,785 (Dresser) |
| Windsor Court Night Stand | VA 1-414-941 |

IT IS SO ORDERED.

Date: February 23, 2010

Hon. Percy Anderson
United States District Judge

T:\09-22314\Proposed Permanent Injunction and Order of Dismissal.DOC

CISLO & THOMAS LLP
Attorneys at Law
1333 2nd Street
SUITE 500
SANTA MONICA, CALIFORNIA 90401-4110
Telephone: (310) 451-0647  Facsimile: (310) 394-4477
www.cislo.com